SCWC-15-0000749

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KEVIN METCALFE, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000749; S.P.P. NO. 14-1-0005)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on April 22, 2016, is hereby rejected.

DATED: Honolulu, Hawaiʻi, June 1, 2016.

Frank L. Miller
for petitioner

Mitchell D. Roth and
Ricky R. Damerville
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

